IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 2:19-CV-37-D

| | |
|---|---|
| BILLY JOE BREWSTER, JR., et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| PHILLIP E. BERGER, etc., et al., | )<br>) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Billy Joe Brewster, Thomas W. Hill, and Larry Norman, (collectively, "Plaintiffs"), by and through their attorneys, respectfully move this Court for a preliminary injunction as set out below and for the reasons set out in the accompanying Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction. Fed. R. Civ. P. 65(a). Because there are only legal questions at issue, Plaintiffs respectfully request that this Court consolidate the preliminary injunction hearing with the trial on the merits and rule on the merits in accordance Fed. R. Civ. P. 65(a)(2).

WHEREFORE, Plaintiffs respectfully request the Court grant their Motion and issue a preliminary injunction and summary judgment directing defendants to suspend implementation of any revisions to North Carolina's current congressional election districts as enacted by the General Assembly in Session Law 2016-1.

This 8th day of November, 2019.

*/s/ Robert Neal Hunter, Jr.*
Robert Neal Hunter, Jr.  (NCSB 5679)
HIGGINS BENJAMIN, PLLC
301 N Elm Street, Suite 800
Greensboro, North Carolina 27401
Telephone:     (336) 273-1600
Facsimile:      (336) 274-4650
Email:            rnhunterjr@greensborolaw.com

Conrad Boyd Sturges, III (NCSB 22342)
DAVIS, STURGES & TOMLINSON, PLLC
P.O. Drawer 708
Louisburg, NC 27549
Telephone:     (919) 496-2137
Facsimile:      (919) 496-6291
Email:            bsturges@dstattys.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, November 8th, 2019, I caused the foregoing document to be filed and served on all counsel of record by operation of CM/ECF system for the United States District Court for the Eastern District of North Carolina.

/s/ Robert Neal Hunter, Jr.
Robert Neal Hunter, Jr. (NCSB 5679)
HIGGINS BENJAMIN, PLLC
301 N Elm Street, Suite 800
Greensboro, North Carolina 27401
Telephone: (336) 273-1600
Facsimile: (336) 274-4650
Email: rnhunterjr@greensborolaw.com

Conrad Boyd Sturges, III (NCSB 22342)
DAVIS, STURGES & TOMLINSON, PLLC
P.O. Drawer 708
Louisburg, NC 27549
Telephone: (919) 496-2137
Facsimile: (919) 496-6291
Email: bsturges@dstattys.com

*Attorneys for Plaintiffs*