# EXHIBIT 1

# Candidates

Viewing **31** filtered results for: Clear all filters

| 2020 | Democratic Party | **or** | Republican Party | North Carolina | Has raised more than $0 | House |

| Name | Office | Election years | Party | State | District | First filing date |
|---|---|---|---|---|---|---|
| D'ABROSCA, PETER | House | 2020 | REPUBLICAN PARTY | NC | 07 | 2019-08-09 |
| JOHNSON-HOSTLER, MONIKA | House | 2020 | DEMOCRATIC PARTY | NC | 02 | 2019-08-07 |
| BUTLER, JASON DR. | House | 2020 | DEMOCRATIC PARTY | NC | 02 | 2019-07-30 |
| WALKER, RODNEY L | House | 2020 | DEMOCRATIC PARTY | NC | 08 | 2019-05-30 |
| SUPIN, JEANNE | House | 2020 | DEMOCRATIC PARTY | NC | 05 | 2019-05-26 |
| ROLLASON, ROBERT | House | 2020 | REPUBLICAN PARTY | NC | 03 | 2019-05-02 |
| LOCKWOOD, DANIEL ULYSSES | House | 2020 | DEMOCRATIC PARTY | NC | 04 | 2019-04-15 |
| COOPER, SCOTT | House | 2020 | DEMOCRATIC PARTY | NC | 02 | 2019-04-01 |

| Name | Office | Election years | Party | State | District | First filing date |
|---|---|---|---|---|---|---|
| FLYNN, ANGELA DARROW MS | House | 2020 | DEMOCRATIC PARTY | NC | 06 | 2019-04-01 |
| BREWSTER, BILLY JOE | House | 2020 | REPUBLICAN PARTY | NC | 12 | 2019-03-17 |
| OUTLAW, DANA EDWARDS | House | 2020 | DEMOCRATIC PARTY | NC | 03 | 2019-03-06 |
| SOBIE, CURTIS | House | 2020 | DEMOCRATIC PARTY | NC | 04 | 2019-02-13 |
| WOODSMALL, STEVE DR. | House | 2018 - 2020 | DEMOCRATIC PARTY | NC | 11 | 2018-02-04 |
| COLLIAS, GINA ROCKEY | House | 2018 - 2020 | DEMOCRATIC PARTY | NC | 10 | 2018-02-02 |
| HUFFMAN, SCOTT | House | 2018 - 2020 | DEMOCRATIC PARTY | NC | 08 | 2018-01-31 |
| BROWN, DAVID WILSON | House | 2018 - 2020 | DEMOCRATIC PARTY | NC | 10 | 2017-07-12 |
| PRICE, PHILLIP G MR. | House | 2018 - 2020 | DEMOCRATIC PARTY | NC | 11 | 2017-07-04 |
| BUDD, THEODORE P. | House | 2016 - 2020 | REPUBLICAN PARTY | NC | 13 | 2016-04-06 |
| CANO, FERNANDO CHRISTIAN MR. JR | House | 2016 - 2020 | DEMOCRATIC PARTY | NC | 09 | 2015-10-21 |
| ADAMS, ALMA SHEALEY | House | 2014 - 2020 | DEMOCRATIC PARTY | NC | 12 | 2013-06-27 |
| WALKER, BRADLEY MARK MR. | House | 2014 - 2020 | REPUBLICAN PARTY | NC | 06 | 2013-03-26 |
| PITTENGER, ROBERT M THE HONORABLE | House | 2012 - 2020 | REPUBLICAN PARTY | NC | 09 | 2012-02-29 |
| HUDSON, RICHARD L. JR. | House | 2012 - 2020 | REPUBLICAN PARTY | NC | 08 | 2011-10-25 |

| Name | Office | Election years | Party | State | District | First filing date |
|---|---|---|---|---|---|---|
| MEADOWS, MARK R | House | 2012 - 2020 | REPUBLICAN PARTY | NC | 11 | 2011-10-03 |
| ROUZER, DAVID CHESTON | House | 2012 - 2020 | REPUBLICAN PARTY | NC | 07 | 2011-08-30 |
| HOLDING, GEORGE E MR. | House | 2012 - 2020 | REPUBLICAN PARTY | NC | 02 | 2011-07-18 |
| BUTTERFIELD, G. K. | House | 2004 - 2020 | DEMOCRATIC PARTY | NC | 01 | 2004-07-20 |
| MCHENRY, PATRICK TIMOTHY | House | 2004 - 2020 | REPUBLICAN PARTY | NC | 10 | 2003-12-11 |
| FOXX, VIRGINIA ANN | House | 2004 - 2020 | REPUBLICAN PARTY | NC | 05 | 2003-04-27 |
| JONES, WALTER B | House | 1992 - 2020 | REPUBLICAN PARTY | NC | 03 | 1992-03-05 |

Results per page: 30

Case 2:19-cv-00037-FL   Document 23-1   Filed 11/08/19   Page 4 of 11

Home > Campaign finance data > Browse data > Candidates

# Candidates

Viewing **31** filtered results for: Clear all filters

| 2020 | Democratic Party | **or** | Republican Party | North Carolina | Has raised more than $0 | House |

| Name | Office | Election years | Party | State | District | First filing date |
|---|---|---|---|---|---|---|
| D'ABROSCA, PETER | House | 2020 | REPUBLICAN PARTY | NC | 07 | 2019-08-09 |
| JOHNSON-HOSTLER, MONIKA | House | 2020 | DEMOCRATIC PARTY | NC | 02 | 2019-08-07 |
| BUTLER, JASON DR. | House | 2020 | DEMOCRATIC PARTY | NC | 02 | 2019-07-30 |
| WALKER, RODNEY L | House | 2020 | DEMOCRATIC PARTY | NC | 08 | 2019-05-30 |
| SUPIN, JEANNE | House | 2020 | DEMOCRATIC PARTY | NC | 05 | 2019-05-26 |
| ROLLASON, ROBERT | House | 2020 | REPUBLICAN PARTY | NC | 03 | 2019-05-02 |
| LOCKWOOD, DANIEL ULYSSES | House | 2020 | DEMOCRATIC PARTY | NC | 04 | 2019-04-15 |
| COOPER, SCOTT | House | 2020 | DEMOCRATIC PARTY | NC | 02 | 2019-04-01 |

| Name | Office | Election years | Party | State | District | First filing date |
|---|---|---|---|---|---|---|
| FLYNN, ANGELA DARROW MS | House | 2020 | DEMOCRATIC PARTY | NC | 06 | 2019-04-01 |
| BREWSTER, BILLY JOE | House | 2020 | REPUBLICAN PARTY | NC | 12 | 2019-03-17 |
| OUTLAW, DANA EDWARDS | House | 2020 | DEMOCRATIC PARTY | NC | 03 | 2019-03-06 |
| BOBIE, CURTIS | House | 2020 | DEMOCRATIC PARTY | NC | 04 | 2019-02-13 |
| WOODSMALL, STEVE DR. | House | 2018 - 2020 | DEMOCRATIC PARTY | NC | 11 | 2018-02-04 |
| COLLIAS, GINA ROCKEY | House | 2018 - 2020 | DEMOCRATIC PARTY | NC | 10 | 2018-02-02 |
| HUFFMAN, SCOTT | House | 2018 - 2020 | DEMOCRATIC PARTY | NC | 08 | 2018-01-31 |
| BROWN, DAVID WILSON | House | 2018 - 2020 | DEMOCRATIC PARTY | NC | 10 | 2017-07-12 |
| PRICE, PHILLIP G MR. | House | 2018 - 2020 | DEMOCRATIC PARTY | NC | 11 | 2017-07-04 |
| BUDD, THEODORE P. | House | 2016 - 2020 | REPUBLICAN PARTY | NC | 13 | 2016-04-06 |
| CANO, FERNANDO CHRISTIAN MR. JR | House | 2016 - 2020 | DEMOCRATIC PARTY | NC | 09 | 2015-10-21 |
| ADAMS, ALMA SHEALEY | House | 2014 - 2020 | DEMOCRATIC PARTY | NC | 12 | 2013-06-27 |
| WALKER, BRADLEY MARK MR. | House | 2014 - 2020 | REPUBLICAN PARTY | NC | 06 | 2013-03-26 |
| PITTENGER, ROBERT M THE HONORABLE | House | 2012 - 2020 | REPUBLICAN PARTY | NC | 09 | 2012-02-29 |
| HUDSON, RICHARD L JR. | House | 2012 - 2020 | REPUBLICAN PARTY | NC | 08 | 2011-10-25 |

| Name | Office | Election years | Party | State | District | First filing date |
|---|---|---|---|---|---|---|
| MEADOWS, MARK R | House | 2012 - 2020 | REPUBLICAN PARTY | NC | 11 | 2011-10-03 |
| ROUZER, DAVID CHESTON | House | 2012 - 2020 | REPUBLICAN PARTY | NC | 07 | 2011-08-30 |
| HOLDING, GEORGE E MR. | House | 2012 - 2020 | REPUBLICAN PARTY | NC | 02 | 2011-07-18 |
| BUTTERFIELD, G. K. | House | 2004 - 2020 | DEMOCRATIC PARTY | NC | 01 | 2004-07-20 |
| MCHENRY, PATRICK TIMOTHY | House | 2004 - 2020 | REPUBLICAN PARTY | NC | 10 | 2003-12-11 |
| FOXX, VIRGINIA ANN | House | 2004 - 2020 | REPUBLICAN PARTY | NC | 05 | 2003-04-27 |
| JONES, WALTER B | House | 1992 - 2020 | REPUBLICAN PARTY | NC | 03 | 1992-03-05 |

Results per page: 30

Case 2:19-cv-00037-FL   Document 23-1   Filed 11/08/19   Page 7 of 11

# Candidates

Viewing 42 filtered results for: Clear all filters

[ 2020 ] [ House ] [ Democratic Party ] or [ Republican Party ] [ North Carolina ]

| Name | Office | Election years | Party | State | District | First filing date |
|---|---|---|---|---|---|---|
| SMITH, SANDY | House | 2020 | REPUBLICAN PARTY | NC | 03 | 2019-02-21 |
| ADAMS, ALMA SHEALEY | House | 2014 - 2020 | DEMOCRATIC PARTY | NC | 12 | 2013-06-27 |
| WALKER, BRADLEY MARK MR. | House | 2014 - 2020 | REPUBLICAN PARTY | NC | 06 | 2013-03-26 |
| OUTLAW, DANA EDWARDS | House | 2020 | DEMOCRATIC PARTY | NC | 03 | 2019-03-06 |
| LUPIN, JEANNE | House | 2020 | DEMOCRATIC PARTY | NC | 05 | 2019-05-26 |
| GERBER, RAYMOND | House | 2020 | REPUBLICAN PARTY | NC | 09 | 2019-09-23 |
| ROLLASON, ROBERT | House | 2020 | REPUBLICAN PARTY | NC | 03 | 2019-05-02 |
| PITTENGER, ROBERT M THE HONORABLE | House | 2012 - 2020 | REPUBLICAN PARTY | NC | 09 | 2012-02-29 |

Case 2:19-cv-00037-FL Document 23-1 Filed 11/08/19 Page 8 of 11

| Name | Office | Election years | Party | State | District | First filing date |
|---|---|---|---|---|---|---|
| JONES, WALTER B | House | 1992 - 2020 | REPUBLICAN PARTY | NC | 03 | 1992-03-05 |
| MEADOWS, MARK R | House | 2012 - 2020 | REPUBLICAN PARTY | NC | 11 | 2011-10-03 |
| COOPER, SCOTT | House | 2020 | DEMOCRATIC PARTY | NC | 02 | 2019-04-01 |
| HUDSON, RICHARD L. JR. | House | 2012 - 2020 | REPUBLICAN PARTY | NC | 08 | 2011-10-25 |
| JOHNSON-HOSTLER, MONIKA | House | 2020 | DEMOCRATIC PARTY | NC | 02 | 2019-08-07 |
| SOBIE, CURTIS | House | 2020 | DEMOCRATIC PARTY | NC | 04 | 2019-02-13 |
| CANO, FERNANDO CHRISTIAN MR. JR | House | 2016 - 2020 | DEMOCRATIC PARTY | NC | 09 | 2015-10-21 |
| FOXX, VIRGINIA ANN | House | 2004 - 2020 | REPUBLICAN PARTY | NC | 05 | 2003-04-27 |
| BUDD, THEODORE P. | House | 2016 - 2020 | REPUBLICAN PARTY | NC | 13 | 2016-04-06 |
| BACA, ETHAN PATRICK | House | 2020 | REPUBLICAN PARTY | NC | 01 | 2019-10-17 |
| BUTTERFIELD, G. K. | House | 2004 - 2020 | DEMOCRATIC PARTY | NC | 01 | 2004-07-20 |
| HUFFMAN, SCOTT | House | 2018 - 2020 | DEMOCRATIC PARTY | NC | 08 | 2018-01-31 |
| BROCK, MARTHA MONTGOMERY MS. | House | 2020 | DEMOCRATIC PARTY | NC | 04 | 2019-07-24 |
| O'SHEA, MICHAEL | House | 2020 | DEMOCRATIC PARTY | NC | 11 | 2019-10-24 |
| WALKER, RODNEY L | House | 2020 | DEMOCRATIC PARTY | NC | 08 | 2019-05-30 |

Case 2:19-cv-00537-FL  Document 23-1  Filed 11/08/19  Page 9 of 11

| Name | Office | Election years | Party | State | District | First filing date |
|---|---|---|---|---|---|---|
| CARTER, DEANDRE ANTWAN | House | 2020 | DEMOCRATIC PARTY | NC | 01 | 2019-01-05 |
| D'ABROSCA, PETER | House | 2020 | REPUBLICAN PARTY | NC | 07 | 2019-08-09 |
| COLLIAS, GINA ROCKEY | House | 2018 - 2020 | DEMOCRATIC PARTY | NC | 10 | 2018-02-02 |
| BENTON, STEVEN DOUGLAS | House | 2020 | REPUBLICAN PARTY | NC | 03 | 2019-10-25 |
| WOODSMALL, STEVE DR. | House | 2018 - 2020 | DEMOCRATIC PARTY | NC | 11 | 2018-02-04 |
| BUTLER, JASON DR. | House | 2020 | DEMOCRATIC PARTY | NC | 02 | 2019-07-30 |
| LOCKWOOD, DANIEL ULYSSES | House | 2020 | DEMOCRATIC PARTY | NC | 04 | 2019-04-15 |
| SUTTON, ALECCIA | House | 2020 | DEMOCRATIC PARTY | NC | 03 | 2019-09-28 |
| JUDSON, MARK | House | 2020 | DEMOCRATIC PARTY | NC | 04 | 2019-07-01 |
| ROUZER, DAVID CHESTON | House | 2012 - 2020 | REPUBLICAN PARTY | NC | 07 | 2011-08-30 |
| PRICE, PHILLIP G MR. | House | 2018 - 2020 | DEMOCRATIC PARTY | NC | 11 | 2017-07-04 |
| MCHENRY, PATRICK TIMOTHY | House | 2004 - 2020 | REPUBLICAN PARTY | NC | 10 | 2003-12-11 |
| FARROW, DARYL MR | House | 2020 | DEMOCRATIC PARTY | NC | 03 | 2019-02-11 |
| PRICE, DAVID E. | House | 1976 - 2020 | DEMOCRATIC PARTY | NC | 04 | 1976-08-10 |
| BREWSTER, BILLY JOE | House | 2020 | REPUBLICAN PARTY | NC | 12 | 2019-03-17 |

Case 2:19-cv-00037-FL  Document 23-1  Filed 11/08/19  Page 10 of 11

https://www.fec.gov/data/candidates/?election_year=2020&office=H&party=DEM&party=REP&state=NC

| Name | Office | Election years | Party | State | District | First filing date |
|---|---|---|---|---|---|---|
| HOLDING, GEORGE E MR. | House | 2012 - 2020 | REPUBLICAN PARTY | NC | 02 | 2011-07-18 |
| FLYNN, ANGELA DARROW MS | House | 2020 | DEMOCRATIC PARTY | NC | 06 | 2019-04-01 |
| BROWN, DAVID WILSON | House | 2018 - 2020 | DEMOCRATIC PARTY | NC | 10 | 2017-07-12 |
| DAVIS, RODERICK | House | 2020 | DEMOCRATIC PARTY | NC | 12 | 2019-05-21 |

Results per page: 100