IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:19-CV-37-FL

| | |
|---|---|
| BILLY JOE BREWSTER, JR.; LARRY E. NORMAN; and THOMAS L. HILL, <br><br> Plaintiffs, <br><br> v. <br><br> PHILLIP E. BERGER in his official capacity as Speaker Pro Tempore of the North Carolina Senate; TIMOTHY K. MOORE in his official capacity as Speaker of the North Carolina House of Representatives; and DAMON CIRCOSTA, STELLA ANDERSON, JEFF CARMON, DAVID C. BLACK, KENNETH RAYMOND, and KAREN BRINSON BELL, in their official capacities as officers or members of the North Carolina State Board of Elections, <br><br> Defendants. <br> - - - <br><br> Rebecca Harper, Donald Rumph, John Balla, Richard R. Crews, Lilly Nicole Quick, Gettys Cohen Jr., Shawn Rush, Jackson Thomas Dunn Jr., Amy Clare Oseroff, Mark S. Peters, Joseph Thomas Gates, Kathleen Barnes, Virginia Walters Brien, David Wright Brown, <br><br> Proposed Intervenor-Defendants. | ORDER |

This matter is before the court on motion to intervene (DE 9) by proposed intervenor-defendants, to which plaintiffs have responded in opposition. Proposed intervenor-defendants have demonstrated good cause for intervention of right, where the motion is timely, where they claim interests relating to the state court's preliminary injunction order in Harper v. Lewis, No.

19-CVS-012667 (N.C. Super. Ct., Oct. 28, 2019), where disposing of this action may as a practical matter impair their ability to protect their interests, and where existing parties do not adequately represent those interests. Therefore, the court must permit intervention of right pursuant to Federal Rule of Civil Procedure 24(a). See Teague v. Bakker, 931 F.2d 259, 261 (4th Cir. 1991). Accordingly, the motion is GRANTED.

SO ORDERED, this the 18th day of November, 2019.

LOUISE W. FLANAGAN
United States District Judge