IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BILLY JOE BREWSTER, JR., LARRY E. NORMAN, and THOMAS L. HILL, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>PHILLIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives, DAMON CIRCOSTA. STELLA ANDERSON, JEFF CARMON III, DAVID C. BLACK , KEN RAYMOND AND KAREN BRINSON BELL, in their official capacities as officers or members of the North Carolina State Board of Elections,<br><br>        Defendants,<br><br>   and<br><br>REBECCA HARPER; AMY CLARE OSEROFF; DONALD RUMPH; JOHN BALLA; RICHARD R. CREWS; LILY NICOLE QUICK; GETTYS COHEN JR.; SHAWN RUSH; JACKSON THOMAS DUNN, JR.; MARK S. PETERS; JOSEPH THOMAS GATES; KATHLEEN BARNES; VIRGINIA WALTERS BRIEN; DAVID DWIGHT BROWN,<br><br>        Intervenors-Defendants. | **INTERVENORS' MOTION TO DISMISS AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(B)(1)**<br><br>Civil Action No. 2:19-cv-37-FL |

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Intervenors Rebecca Harper, Amy Clare Oseroff, Donald Rumph, John Balla, Richard R. Crews, Lily Nicole Quick, Gettys Cohen Jr., Shawn Rush, Jackson Thomas Dunn, Jr., Mark S. Peters, Joseph Thomas Gates, Kathleen Barnes, Virginia Walters Brien, and David Dwight Brown (the "*Harper* Intervenors") move to dismiss Plaintiffs' Amended Complaint in its entirety and with prejudice for lack of subject matter jurisdiction. The reasons for dismissal are set out more fully in the supporting memorandum, filed contemporaneously herewith.

WHEREFORE, Intervenors respectfully request that this Court dismiss Plaintiffs' Amended Complaint with prejudice and grant Intervenors such other and further relief as the Court deems just and proper.

Dated:  November 22, 2019

Narendra K. Ghosh, NC Bar No. 37649
Burton Craige, NC Bar No. 9180
Paul E. Smith, NC Bar No. 45014
PATTERSON HARKAVY LLP
100 Europa Dr., Suite 420
Chapel Hill, NC 27517
(919) 942-5200
nghosh@pathlaw.com
bcraige@pathlaw.com
psmith@pathlaw.com

By: */s/ Marc E. Elias*

Marc Erik Elias*
Uzoma Nkwonta*
Aria Branch*
Stephanie Command**
Jyoti Jasrasaria**
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
melias@perkinscoie.com
unkwonta@perkinscoie.com
abranch@perkinscoie.com
scommand@perkinscoie.com
jjasrasaria@perkinscoie.com

Abha Khanna*
PERKINS COIE LLP
1201 Third Avenue, Ste. 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000
Email: AKhanna@perkinscoie.com

R. Stanton Jones**
Elisabeth S. Theodore**
Daniel F. Jacobson*
ARNOLD AND PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001-3743
(202) 954-5000
stanton.jones@arnoldporter.com
elisabeth.theodore@arnoldporter.com
daniel.jacobson@arnoldporter.com

*Attorneys for Intervenors-Defendants*

*\* Admitted Pro Hac Vice*
*\*\*Pro Hac Vice Application Forthcoming*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, November 22, 2019, I caused the foregoing document to be filed and served on all counsel of record by operation of the CM/ECF system for the United States District Court for the Eastern District of North Carolina.

DATED: November 22, 2019

                                              */s/ Uzoma Nkwonta*
                                              Uzoma Nkwonta