IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 2:19-CV-37-FL

| | |
|---|---|
| **BILLY JOE BREWSTER, JR., et al.,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **PHILLIP E. BERGER, etc., et al.,** ) <br> ) <br> Defendants. ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

NOW COMES Plaintiffs and shows to the court:

1. No answers to the amended complaint have been filed; and

2. No summary judgment motion by opposing counsel has been filed.

Therefore, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Billy Joe Brewster, Jr., Larry E. Norman, and Thomas W. Hill and their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all Defendants.

This 5th day of December, 2019.

                                                */s/ Robert Neal Hunter, Jr.*
                                                Robert Neal Hunter, Jr. (NCSB 5679)
                                                HIGGINS BENJAMIN, PLLC
                                                301 N Elm Street, Suite 800
                                                Greensboro, North Carolina 27401
                                                Telephone: (336) 273-1600
                                                Facsimile: (336) 274-4650
                                                Email: rnhunterjr@greensborolaw.com

Conrad Boyd Sturges, III (NCSB 22342)
DAVIS, STURGES & TOMLINSON, PLLC
P.O. Drawer 708
Louisburg, NC 27549
Telephone:   (919) 496-2137
Facsimile:   (919) 496-6291
Email:       bsturges@dstattys.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, December 5, 2019, I caused the foregoing document to be filed and served on all counsel of record by operation of CM/ECF system for the United States District Court for the Eastern District of North Carolina.

*/s/ Robert Neal Hunter, Jr.*
Robert Neal Hunter, Jr. (NCSB 5679)